TRIMPAK CORPORATION, Plaintiff-Appellant, v. SCHENECTADY LUMBER COMPANY, Inc., Defendant-Appellee (IROQUOIS MILLWORK CORPORATION, Defendant-Intervener).

SAME v. Henry B. RUTLAND, Defendant-Appellee (IROQUOIS MILLWORK CORPORATION, Defendant-Intervener).

SAME v. Calvin H. ATWATER, Defendant-Appellee (IROQUOIS MILLWORK CORPORATION, Defendant-Intervener).

No. 253.

Circuit Court of Appeals, Second Circuit.

May 5, 1941.

Charles J. Holland, of New York City, for plaintiff-appellant.

Fritz Ziegler, Jr., of New York City (Wm. H. Pattison, of Washington, D. C., of counsel), for defendants-appellees and intervener.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Decree, 29 F.Supp. 85, affirmed.

UNITED STATES of America, Appellant, v. Benjamin L. HOWARD, Appellee.

No. 8930.

Circuit Court of Appeals, Sixth Circuit.

April 10, 1941.

James B. Frazier, Jr., and Richard N. Ivins, both of Chattanooga, Tenn., for appellant.

Simmonds & Bowman, of Johnson City, Tenn., for appellee.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

It appearing to the court that a motion to docket and dismiss appeal has been filed by appellant, together with certificate of the clerk of the District Court as required by Rule 19;

On consideration whereof, it is now ordered that the appeal be and the same is docketed and dismissed, the costs to be charged against the government as constructive earnings.